HONORABLE BARBARA J. ROTHSTEIN

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| CORPORATE RECOVERIES, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID HILL a/k/a DAVID ALLEN HILL, DAVID HILL ALLEN, DAVID ALLEN WILLIAM, WILLIAM DAVID ALLEN, WILLIAM DALLEN, and JANE DOE HILL, Husband and Wife and their Marital Community Thereof; FORTUNE TUKWILA, LLC d/b/a FORTUNE CASINO — TUKWILA, a Washington Limited Liability Company;<br><br>Defendants.<br><br>DAVID HILL, a Washington Resident; FORTUNE TUKWILA, LLC, d/b/a FORTUNE CASINO—TUKWILA, a Washington Limited Liability Company, | NO.   2:24-cv-1746<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STRIKE** |

ORDER GRANTING UNOPPOSED MOTION TO
STRIKE - 1

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

| | |
|---|---|
| Counterclaim Plaintiffs, | |
| v. | |
| CORPORATE RECOVERIES, INC., a Washington Corporation | |
| Counterclaim Defendants | |

For good cause shown and seeing no opposition from the Plaintiff, the Motion to Strike (ECF No. 14) is granted. The following paragraphs of Plaintiff's complaint will be struck:

| Complaint Paragraph Number |
|---|
| 2.3 |
| 3.1 |
| 3.11 |
| 3.13 |
| 3.14 |
| 3.15 |
| 3.16 |
| 3.17 |
| 3.18-3.19 |
| 3.20 |
| 3.31 |
| 3.59 |
| 3.60 |
| 3.74 |
| 3.75 |
| 3.80 |
| 3.96 |
| 3.99-3.101 |
| 3.104-3.105 |

ORDER GRANTING UNOPPOSED MOTION TO STRIKE - 2

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

| |
|---|
| 3.111 |
| 3.111 |
| 3.115 |
| 3.116 |
| 3.119-3.120 |
| 3.124-3.127 |
| 3.129-3.144 |
| 3.149-3.153 |
| 3.154 -3.155 |
| 3.156 |
| 3.157-3.158 |
| 3.158 |
| 3.162 |
| 3.163 |
| 3.164 |
| 3.165-166 |
| 3.167-3.169 |
| 3.170-3.172 |
| 3.176-3.185 |
| 3.189-3.190, 3.192-3-193 |
| 3.194-3.196 |
| 4.47 |
| 4.54 |
| 4.59 |

The identified paragraphs shall be struck from Plaintiff's Complaint. Plaintiff is hereby directed to file an Amended Complaint pursuant to this Order. The Amended Complaint shall be filed no later than November 22, 2024.

IT IS SO ORDERED this 15th day of November 2024.

*Barbara J. Rothstein*

HONORABLE BARBARA J. ROTHSTEIN

ORDER GRANTING UNOPPOSED MOTION TO STRIKE - 3

LASHER HOLZAPFEL SPERRY & EBBERSON
ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

Presented By:

LASHER HOLZAPFEL SPERRY
& EBBERSON PLLC

*/s/ Aaron E. Schwartz*

Paul J. Spadafora, WSBA No. 49777
Julie M. Pendleton, WSBA No. 52882
Joseph P. Evans, WSBA No. 53029
Aaron E. Schwartz, WSBA No. 62504
Attorneys for Defendants David Hill and Fortune Tukwila, LLC
dba Fortune Casino-Tukwila and counterclaimants David Hill
and Fortune Tukwila, LLC dba Fortune Casino-Tukwila

ORDER GRANTING UNOPPOSED MOTION TO STRIKE - 4

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563