| | |
|---|---|
| Francis G. Huguenin<br>Carson Law Group, PLLC<br>3113 Rockefeller Avenue<br>Everett, WA  98201<br>(425) 493-5000 | HONORABLE BARBARA J. ROTHSTEIN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORPORATE RECOVERIES, INC., a Washington corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>DAVID HILL a/k/a DAVID ALLEN HILL, DAVID HILL ALLEN, DAVID ALLEN WILLIAM, WILLIAM DAVID ALLEN, WILLIAM DALLEN and JANE DOE HILL, Husband and Wife and their Marital Community Thereof; FORTUNE TUKWILA, LLC d/b/a FORTUNE CASINO – TUKWILA, a Washington Limited Liability Company,<br><br>            Defendants. | Case No.  2:24−cv−01746−BJR<br><br>**ORDER PERMITTING FRANCIS G. HUGUENIN AND CARSON LAW GROUP, PLLC TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>**(Proposed)** |

THIS MATTER having come before the Court on Francis G. Huguenin's and Carson Law Group, PLLC's Motion to Withdraw as Counsel. The Court has considered the Motion and hereby finds sufficient bases to warrant counsel's withdrawal under RPC 1.16.

ORDER PERMITTING FRANCIS G. HUGUENIN
AND CARSON LAW GROUP, PLLC TO WITHDRAW AS
COUNSEL FOR PLAINTIFF (Proposed)- 1

CARSON LAW GROUP, PLLC
3113 ROCKEFELLER AVE
EVERETT, WASHINGTON 98201
(425) 493-5000  •  (425) 493-5004 (FAX)

Accordingly, it is hereby …

ORDERED that Francis G. Huguenin and Carson Law Group, PLLC are withdrawn as attorney of record for Corporate Recoveries, Inc.

IT IS SO ORDERED this ____ day of November, 2024.

HONORABLE BARBARA J. ROTHSTEIN

Presented By:

CARSON LAW GROUP, PLLC

*/s/ Francis G. Huguenin*

Francis G. Huguenin, WSBA #47098
Withdrawing Attorney