HONORABLE BARBARA J. ROTHSTEIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CORPORATE RECOVERIES, INC., a Washington corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>DAVID HILL a/k/a DAVID ALLEN HILL, DAVID HILL ALLEN, DAVID ALLEN WILLIAM, WILLIAM DAVID ALLEN, WILLIAM DALLEN, and JANE DOE HILL, Husband and Wife and their Marital Community Thereof; FORTUNE TUKWILA, LLC d/b/a FORTUNE CASINO — TUKWILA, a Washington Limited Liability Company;<br><br>  Defendants.| NO.   2:24-cv-1746<br><br>**AMENDED ORDER GRANTING UNOPPOSED MOTION TO STRIKE** |
| DAVID HILL, a Washington Resident; FORTUNE TUKWILA, LLC, d/b/a FORTUNE CASINO—TUKWILA, a Washington Limited Liability Company,<br><br>  Counterclaim Plaintiffs, | |

AMENDED ORDER GRANTING UNOPPOSED MOTION TO STRIKE - 1

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

v.

CORPORATE RECOVERIES, INC., a Washington Corporation

      Counterclaim Defendants

Upon agreement of the Parties, the Joint Motion to Strike (Doc. 14) is granted. The following paragraphs (or portions thereof) of Plaintiff's complaint are struck.

| Complaint Paragraph Number and Portion, if Applicable |
| :---: |
| 2.3, last line |
| 3.1 |
| 3.11 |
| 3.13 |
| 3.14 |
| 3.15 |
| 3.16 |
| 3.17 |
| 3.18-3.19 |
| 3.20 |
| 3.31, identification of non-party minor |
| 3.59 |
| 3.60, identification of non-party minor |
| 3.74 |
| 3.75 |
| 3.80, allegation of fear |
| 3.96 |
| 3.99-3.101 |
| 3.104-3.105 |
| 3.110 |

AMENDED ORDER GRANTING UNOPPOSED MOTION TO STRIKE - 2

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

| |
|---|
| 3.111 |
| 3.115, identification and DOB of non-party minor |
| 3.116, identification of non-party minor |
| 3.119-3.120, identification of non-party minor |
| 3.124-3.127 |
| 3.129-3.144 |
| 3.149-3.153 |
| 3.154  -3.155 |
| 3.156 |
| 3.157-3.158 |
| 3.159 |
| 3.162 |
| 3.163 |
| 3.164 |
| 3.165-166 |
| 3.167-3.169 |
| 3.170-3.172 |
| 3.176-3.185 |
| 3.189-3.190, 3.192-3-193, identification of non-party minor |
| 3.194-3.196 |
| 4.47, identification of non-party minor |
| 4.54 |
| 4.59, reference to use of unlawful force |

The identified paragraphs shall be struck from Plaintiff's Complaint. Plaintiff is hereby directed to file an Amended Complaint pursuant to this Order. The Amended Complaint shall be filed no later than November 22, 2024.

IT IS SO ORDERED this 19th day of November, 2024.

*Barbara J. Rothstein*

HONORABLE BARBARA J. ROTHSTEIN

AMENDED ORDER GRANTING UNOPPOSED
MOTION TO STRIKE - 3

LASHER HOLZAPFEL SPERRY & EBBERSON
ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

Presented By:

LASHER HOLZAPFEL SPERRY
& EBBERSON PLLC
 */s/ Aaron E. Schwartz*
Paul J. Spadafora, WSBA No. 49777
Julie M. Pendleton, WSBA No. 52882
Joseph P. Evans, WSBA No. 53029
Aaron E. Schwartz, WSBA No. 62504
Attorneys for Defendants David Hill and Fortune Tukwila, LLC
dba Fortune Casino-Tukwila and counterclaimants David Hill
and Fortune Tukwila, LLC dba Fortune Casino-Tukwila

AMENDED ORDER GRANTING UNOPPOSED
MOTION TO STRIKE - 4

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563