HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORPORATE RECOVERIES, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID HILL a/k/a DAVID ALLEN HILL, DAVID HILL ALLEN, DAVID ALLEN WILLIAM, WILLIAM DAVID ALLEN, WILLIAM DALLEN and JANE DOE HILL, Husband and Wife and their Marital Community Thereof; FORTUNE TUKWILA, LLC d/b/a FORTUNE CASINO – TUKWILA, a Washington Limited Liability Company,<br><br>Defendants. | Case No. 2:24−cv−01746−BJR<br><br>**ORDER PERMITTING FRANCIS G. HUGUENIN AND CARSON LAW GROUP, PLLC TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

THIS MATTER having come before the Court on Francis G. Huguenin's and Carson Law Group, PLLC's Motion to Withdraw as Counsel. The Court has considered the Motion and hereby finds sufficient bases to warrant counsel's withdrawal under RPC 1.16.

ORDER PERMITTING FRANCIS G. HUGUENIN AND CARSON LAW GROUP, PLLC TO WITHDRAW AS COUNSEL FOR PLAINTIFF - 1

CARSON LAW GROUP, PLLC
3113 ROCKEFELLER AVE
EVERETT, WASHINGTON 98201
(425) 493-5000 • (425) 493-5004 (FAX)

Accordingly, it is hereby ORDERED that Francis G. Huguenin and Carson Law Group, PLLC are terminated as attorney of record for Corporate Recoveries, Inc. effective on December 2, 2024.

As a corporate entity, Plaintiff is required by law to be represented by an attorney admitted to practice before this Court. Plaintiff has been advised by counsel as required under Local Rule 83.2. Plaintiff is forewarned that failure to obtain a replacement attorney by the date that withdrawal is effective, December 2, 2024, may result in dismissal of Plaintiff's claims without further notice for failure to prosecute. The Clerk is directed to forward a copy of this Order to Plaintiff at the following address:

> Corporate Recoveries, Inc.
> PO Box 88406
> Tukwila, WA 98138

IT IS SO ORDERED this 20th day of November, 2024.

_____
HONORABLE BARBARA J. ROTHSTEIN

Presented By:

CARSON LAW GROUP, PLLC

*/s/ Francis G. Huguenin*
_____
Francis G. Huguenin, WSBA #47098
Withdrawing Attorney