The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORPORATE RECOVERIES, INC.,

    Plaintiff,

v.

DAVID HILL, *et al.*,

    Defendants.

NO. 24-cv-1746-BJR

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

This case came before the Court on removal from King County Superior Court on October 25, 2024. On November 20, 2024, the Court permitted Plaintiff's counsel to withdraw under RPC 1.16. Order, ECF No. 21. In that Order, the Court advised Plaintiff that as a corporate entity, it is required by law to be represented by an attorney admitted to practice before this Court. *Id.* Plaintiff had previously been advised by counsel as required under Local Rule 83.2. *Id.* The Court forewarned Plaintiff that failure to obtain a replacement attorney by December 2, 2024 may result in dismissal of Plaintiff's claims without further notice for failure to prosecute. *Id.*

On December 2, 2024, Plaintiff filed a status report requesting a two-week extension on the deadline for obtaining new representation. ECF No. 23. The Court granted Plaintiff's request, giving it until December 16, 2024, to retain new counsel. That deadline has passed, but no counsel

ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

- 1

has filed an appearance for Plaintiff, nor has Plaintiff provided any status or request for further extension.

Plaintiff may not proceed *pro se* as it is a corporation. *See, e.g.*, *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); *In re America West Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporations and other unincorporated associations must appear in court through an attorney."); *also see* Local Rule 83.2(b)(4) ("A business entity, except a sole proprietorship, must be represented by counsel.").

Accordingly, the Court hereby dismisses this action for want of prosecution. Dismissal shall be without prejudice and shall not be considered an adjudication on the merits. The Clerk is directed to close this case.

DATED this 23rd day of December 2024.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

- 2