Paul J. Spadafora
Julie M. Pendleton
Joseph P. Evans
Aaron E. Schwartz
Lasher Holzapfel Sperry & Ebberson PLLC
601 Union Street, Suite 2600
Seattle, WA  98101-4000
(206) 624-1230

HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORPORATE RECOVERIES, INC.,

Plaintiff,

v.

DAVID HILL, et al.,

Defendants/Counterclaim Plaintiffs

NO.   2:24-cv-1746

REVISED ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

Upon consideration of David Hill and Fortune Tukwila, LLC's motion for reconsideration (Doc. 27), this Court finds that its December 23, 2024 Order Dismissing Case for Failure to Prosecute (Doc. 26) should be amended.  The December 23, 2024 Order Dismissing Case for Failure to Prosecute (Doc. 26) remains in effect except as follows:

1. David Hill and Fortune Tukwila, LLC's counterclaims against Corporate Recoveries, Inc. are not dismissed and remain active.

2. The Clerk is hereby directed to reopen this case.

3. No later than January 10, 2025, David Hill and Fortune Tukwila, LLC shall either move for default against Corporate Recoveries, Inc. under FRCP 55(a) or provide a status report to the Court.

ORDER GRANTING MOTION FOR RECONSIDERATION - 1

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

**IT IS SO ORDERED**, this 27th day of December 2024.

_____
HONORABLE BARBARA J. ROTHSTEIN

Presented by:

LASHER HOLZAPFEL
SPERRY & EBBERSON PLLC

 /s/ *Aaron E Schwartz*
Paul J. Spadafora, WSBA No. 49777
Julie M. Pendleton, WSBA No. 52882
Joseph P. Evans, WSBA No. 53029
Aaron E. Schwartz, WSBA No. 62504
*Attorneys for David Hill and Fortune Tukwila, LLC*

ORDER GRANTING MOTION FOR
RECONSIDERATION - 2

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563