Paul J. Spadafora
Julie M. Pendleton
Joseph P. Evans
Aaron E. Schwartz
Lasher Holzapfel Sperry & Ebberson PLLC
601 Union Street, Suite 2600
Seattle, WA  98101-4000
(206) 624-1230

HONORABLE BARBARA J. ROTHSTEIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CORPORATE RECOVERIES, INC., <br><br> Plaintiff, <br><br> v. <br> DAVID HILL, et al., <br><br> Defendants/Counterclaim Plaintiffs | NO.   2:24-cv-1746 <br><br> ORDER ON STIPULATED MOTION REGARDING CORPORATE RECOVERIES, INC.'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COUNTERCLAIMS |

THIS MATTER having come before this Court, upon the Stipulated Motion Regarding Corporate Recoveries, Inc.'s Deadline to Answer or otherwise Respond to the Amended Counterclaims; and the Court being otherwise fully advised on the premises; and the Court having found that good cause exists to grant the relief requested,

NOW, THEREFORE,

IT IS HEREBY ORDERED AS FOLLOWS:

Corporate Recoveries, Inc.'s deadline to Answer or otherwise respond to the Amended Counterclaims is extended until February 26, 2025.

ORDER ON CORPORATE RECOVERIES, INC.'S
DEADLINE TO ANSWER COUNTERCLAIMS - 1

LASHER HOLZAPFEL SPERRY & EBBERSON

Attorneys at Law
2600 Two Union Square
601 Union Street
Seattle  WA 98101-4000
Telephone 206 624-1230
Fax 206 340-2563

**IT IS SO ORDERED** this 31st day of January 2025.

_(signature)_

HONORABLE BARBARA J. ROTHSTEIN
United States District Judge

Presented by:

LASHER HOLZAPFEL
SPERRY & EBBERSON PLLC

_/s/ Aaron E Schwartz_
Paul J. Spadafora, WSBA No. 49777
Julie M. Pendleton, WSBA No. 52882
Joseph P. Evans, WSBA No. 53029
Aaron E. Schwartz, WSBA No. 62504
*Attorneys for David Hill and Fortune Tukwila, LLC*

ORDER ON CORPORATE RECOVERIES, INC.'S
DEADLINE TO ANSWER COUNTERCLAIMS - 2

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563